IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

James Daniel and Terry Daniel,

                              Plaintiffs,

v.                                                   Civil Action No. 5:19-cv-00665

Select Portfolio Servicing, Inc. and Bear
Stearns Asset Backed Securities Trust 2005-2,
Asset-Backed Certificates, Series 2005-2,

                              Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

      Comes now Plaintiffs, James and Terry Daniel, by and through their counsel, Dan Hedges, and Defendants Select Portfolio Servicing, Inc. and Bear Stearns Asset Backed Securities Trust 2005-2, Asset-Backed Certificates, Series 2005-2, by and through their counsel, Matthew D. Patterson, and hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled and jointly move the Court to dismiss this action with prejudice.

      Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that all claims between the parties are hereby dismissed with prejudice.

                                        ENTERED: April 24, 2020



                                        Frank W. Volk
                                        United States District Judge

2

Jointly submitted by:


s/Daniel F. Hedges
Daniel F. Hedges (WVSB#1606)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 25301
(304) 344-3144

*Counsel for Plaintiffs James and Terry Daniel*


s/Matthew D. Patterson
Matthew D. Patterson (WVSB#11566)
James H. Burns (WVSB#11928)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Columbia, SC  29201
(803) 799-2000

*Counsel for Defendants Select Portfolio Servicing, Inc.
and Bear Stearns Asset Backed Securities Trust 2005-2,
Asset-Backed Certificates, Series 2005-2*